IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA,

v.

ISRAEL MORENO,

    Defendant.

CASE NO.: 5:20-cr-15

**O R D E R**

The Court having determined, pursuant to 28 U.S.C. § 1827, that an interpreter is required and should be designated in this case:

THEREFORE, IT IS HEREBY ORDERED that Julia Davis, or any otherwise competent interpreter is designated to serve as interpreter in this case. Compensation shall be paid by the government directly to the interpreter at the rate of $418.00 per day, with a minimum of one half day's compensation of $226.00 to be paid for each appearance. Any claim for overtime shall be paid at the rate of $59.00 per hour. Claim for compensation shall be made on Form A.O. 322, furnished by the Clerk of Court. Attorneys are not to pay the interpreter's bill for services.

**SO ORDERED**, this 8th day of March, 2021.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA